IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MRS. CHARLES WILSON | § | |
| | § | |
| vs. | § | CASE NO. 2:09-CV-273-DF-CE |
| | § | |
| MARSHALL INDEPENDENT SCHOOL | § | |
| DISTRICT, ET AL. | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 57) has been presented for consideration. The report recommends that the court deny defendant Marshall Independent School District's ("MISD") motion to dismiss plaintiff Mrs. Charles Wilson's claims. MISD filed objections to the Magistrate Judge's report (Dkt. No. 60).

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that MISD's motion to dismiss is DENIED.

SIGNED this 14th day of April, 2011.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE