IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MRS. CHARLES WILSON | § | |
| | § | |
| vs. | § | CASE NO. 2:09-CV-273-DF-CE |
| | § | |
| MARSHALL INDEPENDENT SCHOOL DISTRICT, ET AL. | § § | |

# ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 65) has been presented for consideration. The report recommends that the court grant defendants Henslee Schwartz, LLP and Rhonda Crass's (jointly, "Defendants") motion to dismiss plaintiff Mrs. Charles Wilson's amended complaint. The report also recommends that the court grant Plaintiff leave to amend her allegations against Defendants to the extent that she has additional facts that might support a conspiracy claim under 42 U.S.C. § 1983. Plaintiff filed objections to the Magistrate Judge's report (Dkt. No. 66).

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that: (1) Defendants' motion to dismiss is GRANTED; and (2) Plaintiff is GRANTED leave to amend her allegations against Defendants to the extent that she has additional facts that might support a conspiracy claim under § 1983. It is further ORDERED that any such amendment must be filed within fourteen days of the issuance of this order.

**SIGNED this 14th day of April, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE