# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MRS. CHARLES WILSON | § | |
| | § | |
| vs. | § | CASE NO. 2:09-CV-273-DF-CE |
| | § | |
| MARSHALL INDEPENDENT SCHOOL DISTRICT, ET AL. | § § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 58) has been presented for consideration. The report recommends that the court grant defendants James Rick McMinn, Tiffany Ammerman, Helen Warwick, Lenora Waldon Reed, John Samuel Fogle, and Janie Hill's (jointly, "Defendants") motions to dismiss plaintiff Mrs. Charles Wilson's original and amended complaints. Plaintiff filed objections to the Magistrate Judge's report (Dkt. No. 59).

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that Defendants' motion to dismiss is GRANTED and that all claims against Defendants are DISMISSED with prejudice.

**SIGNED this 14th day of April, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE